FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Energy Policy Advocates )
_____ )
*Plaintiff* )
)
v. )       Civil Action No. 1:22-cv-1497
)
Securities & Exchange Commission )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)* Securities & Exchange Commission
c/o U.S. Attorney's Office
Attn.: Civil Process Clerk
555 4th Street NW
Washington DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Energy Policy Advocates | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )   Civil Action No. 1:22-cv-1497 |
| Securities & Exchange Commission | ) |
| | ) |
| . _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To:     _(Defendant's name and address)_ Securities & Exchange Commission
c/o U.S. Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:         Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____          _____
_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Energy Policy Advocates | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| Securities & Exchange Commission | ) |
| _Defendant_ | ) |

Civil Action No. 1:22-cv-1497

## SUMMONS IN A CIVIL ACTION

To:     _(Defendant's name and address)_ Securities & Exchange Commission
c/oDan Bercovitz, General Counsel
100 F Street NE
Washington DC 20549-2736

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:         Matthew D. Hardin
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____        _____

_Signature of Clerk or Deputy Clerk_