AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ENERGY POLICY ADVOCATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  22-cv-1497 |
| SECURITIES AND EXCHANGE COMMISSION | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ENERGY POLICY ADVOCATES                                                                    .

Date:    05/29/2022

*Attorney's signature*

Christopher C. Horner  D.C. Bar No 440107
*Printed name and bar number*

1725 I Street NW
Suite 300
Washington, DC 20006
*Address*

Chris@CHornerLaw.com
*E-mail address*

(202) 262-4458
*Telephone number*

*FAX number*