AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Energy Policy Advocates )
*Plaintiff* )
v. ) Case No. 22-cv-01497-TNM
Securities and Exchange Commission )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Securities and Exchange Commission.

Date: 06/27/2022

/s/ Alexandra Verdi
*Attorney's signature*

Alexandra Verdi
*Printed name and bar number*
U.S. Securities and Exchange Commission
100 F St. NE
Washington, D.C. 20549

*Address*

verdim@sec.gov
*E-mail address*

(202) 551-5057
*Telephone number*

(202) 772-9263
*FAX number*