IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENERGY POLICY ADVOCATES,

        Plaintiff,

v.

SECURITIES AND EXCHANGE COMMISSION,

        Defendant.

Case No. 1:22-cv-01497-TNM

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendant U.S. Securities and Exchange Commission ("SEC"), through its undersigned counsel and with Plaintiff's consent, hereby moves for an enlargement of time, until July 25, 2022, to file its response to Plaintiff's Complaint for relief under the Freedom of Information Act ("FOIA"), *see* Dkt. No. 1. The grounds for the motion are as follows:

1. Plaintiff Energy Policy Advocates filed its Complaint on May 27, 2022. Dkt. No. 1. It served the U.S. Attorney's Office by certified mail received on May 31, 2022.

2. The SEC's response to Plaintiff's Complaint is thus currently due on June 30, 2022 pursuant to 5 U.S.C. § 552(a)(4)(C).

3. The SEC seeks additional time to respond to the Complaint in order to focus its efforts on attempting to resolve or narrow the claims it raises. The Complaint alleges that Plaintiff submitted two FOIA requests to the SEC which have gone unanswered. Dkt. No. 1 ¶ 1.

4. As the SEC has informed Plaintiff, the SEC is currently conducting searches as to

the requests at issue in Plaintiff's Complaint but requires additional time to complete the processing of those requests.  The processing of the requests requires, among other things, discussion with persons both within the SEC and in other government agencies.

5. Accordingly, the SEC respectfully requests a 25-day extension of time, until July 25, 2022, to file its response to Plaintiff's Complaint.  During that time, the SEC will provide additional updates to Plaintiff concerning the processing of the FOIA requests.

6. This is the SEC's first request for an extension of time to respond to Plaintiff's Complaint.  Extending the time for the SEC to respond to Plaintiff's Complaint will not impact any previously set deadlines in this case.

7. Plaintiff's counsel has informed the undersigned counsel that Plaintiff does not object to the relief requested in this motion, but does so without conceding the accuracy of the facts set forth in paragraph 4.

8. A proposed order is attached for the Court's convenience.


Dated: June 27, 2022                         Respectfully submitted,


  /s/ *Alexandra Verdi*
ALEXANDRA VERDI
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5057
Fax:       (202) 772-9263
Email: verdim@sec.gov

*Counsel for the Securities and Exchange Commission*