**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ENERGY POLICY ADVOCATES,

        Plaintiff,

    v.

SECURITIES AND EXCHANGE
COMMISSION,

        Defendant.

Case No. 1:22-cv-01497-TNM

**[Proposed] ORDER**

Upon consideration of Defendant's motion for an extension of time to respond to the Complaint in this matter, it is hereby

ORDERED that Defendant's motion is granted; and it is further

ORDERED that Defendant shall file its response to the Complaint on or before July 25, 2022.

_____