UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>                Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>                Defendant. | No. 1:22-cv-01497-TNM |

## ANSWER

Defendant Securities and Exchange Commission ("SEC") hereby responds to each numbered paragraph of Plaintiff Energy Policy Advocates' Complaint as follows:

1. The allegations in this paragraph consist of Plaintiff's characterization of the nature of this action, to which no response is required. To the extent a response is required, the SEC denies that it has failed to comply with the FOIA and denies that it has withheld responsive information in violation of its obligations.

## PARTIES

2. The SEC lacks knowledge or information sufficient to admit or deny the allegations in this paragraph.

3. The SEC admits the allegations in this paragraph.

## JURISDICTION AND VENUE

4. The allegations in this paragraph consist of legal conclusions, to which no response is required.

5. The allegations in this paragraph consist of legal conclusions, to which no response is required.

6. The allegations in this paragraph consist of legal conclusions, to which no response is required.

7. The allegations in this paragraph consist of legal conclusions, to which no response is required.

## ENERGY POLICY ADVOCATES' FOIA REQUEST

8. The SEC admits that Plaintiff submitted a FOIA request by email on April 20, 2022. The remaining allegations in this paragraph consist of Plaintiff's characterization of its FOIA request, to which no response is required. The SEC refers to the referenced FOIA request for a complete and accurate recitation of its contents.

9. The allegations in this paragraph consist of Plaintiff's characterization of its FOIA request, to which no response is required. The SEC refers to the referenced FOIA request for a complete and accurate recitation of its contents.

10. The SEC admits that it sent Plaintiff correspondence dated April 21, 2022 and April 25, 2022 regarding Plaintiff's April 20, 2022 request. The SEC refers to the referenced correspondence for a complete and accurate recitation of its contents.

11. The SEC denies the allegations in this paragraph.

12. The SEC admits the allegations in the first sentence of this paragraph. The second sentence of this paragraph contains allegations that consist of legal conclusions, to which no response is required.

13. The SEC admits that Plaintiff submitted a FOIA request by email on April 25, 2022. The remaining allegations in this paragraph consist of Plaintiff's characterization of its

FOIA request, to which no response is required.  The SEC refers to the referenced FOIA request for a complete and accurate recitation of its contents.

14.     The allegations in this paragraph consist of Plaintiff's characterization of its FOIA request, to which no response is required.  The SEC refers to the referenced FOIA request for a complete and accurate recitation of its contents.

15.     The SEC admits that it sent Plaintiff correspondence dated April 27, 2022 regarding the fee waiver request Plaintiff had submitted in connection with the April 25, 2022 request.  The SEC notes that it also sent Plaintiff correspondence dated April 26, 2022 acknowledging the April 25, 2022 FOIA request.  The SEC refers to the referenced correspondence for a complete and accurate recitation of its contents.

16.     The SEC denies the allegations in this paragraph.

17.     The SEC denies the allegations in the first sentence of this paragraph.  The second sentence of this paragraph contains allegations that consist of legal conclusions, to which no response is required.

18.     The SEC denies the allegations in this paragraph.

### FIRST CLAIM FOR RELIEF
### Duty to Produce Records – Declaratory Judgment

19.     The SEC repeats its responses to paragraphs 1 through 18.

20.     The SEC denies the allegations in this paragraph.

21.     The SEC denies the allegations in this paragraph.

22.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

23. The allegations in this paragraph consist of Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed necessary, the SEC denies that Plaintiff is entitled to the relief requested.

## SECOND CLAIM FOR RELIEF
### Duty to Produce Records – Injunctive Relief

24. The SEC repeats its responses to paragraphs 1 through 23.

25. The SEC denies the allegations in this paragraph.

26. The SEC denies the allegations in this paragraph.

27. The allegations in this paragraph consist of Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed necessary, the SEC denies that Plaintiff is entitled to the relief requested.

28. The allegations in this paragraph consist of Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed necessary, the SEC denies that Plaintiff is entitled to the relief requested.

## THIRD CLAIM FOR RELIEF
### Costs and Fees

29. The SEC repeats its responses to paragraphs 1 through 28.

30. The allegations in this paragraph consist of legal conclusions, to which no response is required. The SEC refers to the referenced section of the United States Code for a complete and accurate recitation of its terms.

31. The allegations in this paragraph consist of Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed necessary, the SEC denies that Plaintiff is entitled to the relief requested.

**PRAYER FOR RELIEF**

The remaining paragraphs of Plaintiff's Complaint constitute a prayer for relief, to which no response is required. To the extent a response is deemed necessary, the SEC denies that Plaintiff is entitled to the relief requested in the unnumbered paragraphs, including subparts (1) through (6), and further denies that Plaintiff is entitled to any relief whatsoever, including costs and attorneys' fees.

**GENERAL DENIAL**

The SEC specifically denies each and every allegation of the Complaint that is not specifically and expressly admitted herein.

**AFFIRMATIVE DEFENSES**

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The SEC has properly withheld documents or portions of documents under exemptions listed in the Freedom of Information Act, including but not limited to the exemption in subsection 5 U.S.C. § 552(b)(6).

Dated: July 21, 2022						Respectfully submitted,

                                                   _/s/ *Alexandra Verdi*_____
                                                 ALEXANDRA VERDI
                                                 Office of the General Counsel
                                                 U.S. Securities and Exchange Commission
                                                 100 F Street, NE
                                                 Washington, D.C. 20549
                                                 Telephone: (202) 551-5057
                                                 Fax:	    (202) 772-9263
                                                 Email: verdim@sec.gov

                                                 *Counsel for Defendant Securities and Exchange Commission*