UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Defendant. | No. 1:22-cv-01497-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's order of July 21, 2022, the parties respectfully submit this joint status report. As the Court directed, the parties participated in a telephonic meet and confer on August 18, 2022 and discussed the following items.

1. **Status of Plaintiff's FOIA requests**

In its Complaint, Plaintiff asserted claims in connection with two FOIA requests submitted to defendant Securities and Exchange Commission ("SEC"): 22-01750-FOIA and 22-01719-FOIA. The SEC provides the following update on the status of those two requests:

　　1) The SEC's Office of FOIA Services ("FOIA Office") issued its final response to FOIA Request No. 22-01750-FOIA, submitted April 25, 2022, on July 13, 2022 and released to Plaintiff 79 pages of records.

　　2) The FOIA Office is still processing FOIA Request No. 22-01719-FOIA, submitted April 20, 2022. SEC staff are currently searching for records responsive to this request, specifically by engaging in discussions with four of the five named custodians, searching a device belonging to the fifth custodian

(who is a former SEC employee), and working with the SEC's Office of Information Technology to run searches for records.

2. **Anticipated number of documents responsive to Plaintiff's FOIA requests**

    1) The FOIA Office released to Plaintiff 79 pages of records on July 13, 2022 in connection with FOIA Request No. 22-01750-FOIA.  Some of those pages contain redactions.  The SEC represents that no records have been withheld in full.

    2) Because the SEC is currently searching for records responsive to the April 20, 2022 FOIA Request No. 22-01719-FOIA, the anticipated number of responsive records is unknown.  The SEC will provide Plaintiff with an update on the anticipated number of documents responsive to this request by October 6, 2022.  Plaintiff has renewed its request for a "CREW"-style response of the number of potentially responsive records at Defendant's earliest opportunity.

3. **Anticipated dates for releases of documents requested by Plaintiff**

    1) The FOIA Office released what it asserts are all records in connection with FOIA Request No. 22-01750-FOIA on July 13, 2022.

    2) The FOIA Office anticipates releasing all non-exempt records responsive to FOIA Request No. 22-01719-FOIA by October 15, 2022, with rolling productions beginning by September 15, 2022.

The SEC notes that it will complete the processing of pending FOIA Request No. 22-01719-FOIA as soon as possible and that the anticipated date above is approximate.  For its part Plaintiff questions how SEC can estimate completion of processing when it does not as of this date know the number of potentially responsive records from four of the five custodians. The

SEC will endeavor to make interim releases of records, and will keep Plaintiff informed of any further delays. At the earliest practicable opportunity, the SEC will inform Plaintiff of the approximate volume of records in its possession that are responsive to FOIA Request No. 22-01719-FOIA.

4. **Whether an *Open America* motion for stay is likely**

The SEC does not anticipate filing a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

5. **Whether a *Vaughn* index will be required and a proposed briefing schedule for dispositive motions**

The parties believe that, because the SEC is still processing one of the Plaintiff's FOIA requests that is at issue in this litigation, they will be in a better position to make an assessment as to whether a *Vaughn* index is necessary once all responsive records are released.

The parties propose that, once the SEC makes its final release of records, the parties will promptly notify the Court and, if necessary, will endeavor to reach agreement on a proposed briefing schedule for dispositive motions. The parties also propose that they provide a further status report to the Court in 30 days, on September 21, 2022, at which time they can report on the status of Defendant's processing of Plaintiff's April 20, 2022 FOIA request.

| | |
|---|---|
| Dated: August 22, 2022 | Respectfully submitted, |
| /s/ Christopher C. Horner<br>Christopher C. Horner, DC Bar No. 440107<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br><br>*Counsel for Plaintiff Energy Policy Advocates* | /s/ *Alexandra Verdi*<br>Alexandra Verdi<br>Office of the General Counsel<br>U.S. Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549<br>Telephone: (202) 551-5057<br>Fax: (202) 772-9263<br>verdim@sec.gov<br><br>*Counsel for Defendant*<br>*U.S. Securities and Exchange Commission* |