UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>              Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>              Defendant. | No. 1:22-cv-01497-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's order of August 22, 2022, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted a joint status report on August 22, 2022 (Dkt. 8).

The SEC provides the following update on the status of those two requests:

1) The SEC's Office of FOIA Services ("FOIA Office") issued its final response to FOIA Request No. 22-01750-FOIA on July 13, 2022 and released to Plaintiff 79 pages of records. Some of those pages contain redactions. The SEC represents that no records have been withheld in full.

2) The SEC's FOIA Office issued its final response to FOIA Request No. 22-01719-FOIA on September 12, 2022. The FOIA Office identified and withheld in full five pages of records responsive to that FOIA request.

In the interest of narrowing or resolving the challenges Plaintiff has raised to the SEC, the SEC will provide Plaintiff with detailed explanations of the searches conducted in connection

with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA. The parties propose that they provide a further status report to the Court in 30 days, on October 21, 2022, at which time they can notify the Court whether dispositive motions are necessary and propose a briefing schedule.

Dated:  September 21, 2022                    Respectfully submitted,

/s/ *Christopher C. Horner*                   /s/ *Alexandra Verdi*
Christopher C. Horner, DC Bar No. 440107      Alexandra Verdi
1725 I Street NW, Suite 300                   Office of the General Counsel
Washington, DC 20006                          U.S. Securities and Exchange Commission
                                              100 F Street, NE
*Counsel for Plaintiff Energy Policy*         Washington, D.C. 20549
*Advocates*                                   Telephone: (202) 551-5057
                                              Fax: (202) 772-9263
                                              verdim@sec.gov

                                              *Counsel for Defendant*
                                              *U.S. Securities and Exchange Commission*