# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>      Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>      Defendant. | No. 1:22-cv-01497-TNM |

## JOINT STATUS REPORT

  Pursuant to this Court's order of September 21, 2022, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted joint status reports on August 22, 2022 (Dkt. 8) and September 21, 2022 (Dkt. 9).

  As stated in the parties' September 21, 2022 joint status report, the SEC's Office of FOIA Services ("FOIA Office") issued its final responses to FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA on July 13, 2022 and September 12, 2022, respectively. As previewed in that joint status report, the SEC provided Plaintiff with detailed explanations of the searches conducted in connection with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA.

  The parties continue to discuss the searches and withholdings in connection with FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA. The Plaintiff has shared its concerns regarding some of the agency's explanations, but the parties have not yet had the chance to

resolve these concerns. The parties request additional time to confer in the interest of narrowing or resolving the disputes in this litigation and propose that they provide a further status report to the Court in 30 days, on November 21, 2022, at which time they can notify the Court whether dispositive motions are necessary and propose a briefing schedule.

Dated: October 19, 2022                                    Respectfully submitted,

/s/ *Christopher C. Horner*                                /s/ *Alexandra Verdi*
Christopher C. Horner, DC Bar No. 440107                   Alexandra Verdi
1725 I Street NW, Suite 300                                Office of the General Counsel
Washington, DC 20006                                       U.S. Securities and Exchange Commission
                                                           100 F Street, NE
*Counsel for Plaintiff Energy Policy*                      Washington, D.C. 20549
*Advocates*                                                Telephone: (202) 551-5057
                                                           Fax: (202) 772-9263
                                                           verdim@sec.gov

                                                           *Counsel for Defendant*
                                                           *U.S. Securities and Exchange Commission*