UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENERGY POLICY ADVOCATES,

           Plaintiff,

      v.

SECURITIES AND EXCHANGE
COMMISSION,

           Defendant.

No. 1:22-cv-01497-TNM

**JOINT STATUS REPORT**

    Pursuant to this Court's order of October 19, 2022, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted joint status reports on August 22, 2022 (Dkt. 8), September 21, 2022 (Dkt. 9), and October 19, 2022 (Dkt. 10).

    As stated in the parties' September 21, 2022 joint status report, the SEC's Office of FOIA Services ("FOIA Office") issued its final responses to FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA on July 13, 2022 and September 12, 2022, respectively. As previewed in that joint status report, the SEC provided Plaintiff with explanations of the searches conducted in connection with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA.

    Since the parties submitted their last joint status report, the parties have continued to discuss the searches and withholdings in connection with FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA. To address Plaintiff's concerns about withholdings, the SEC has provided

an updated preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA.  The parties continue to discuss the searches conducted in connection with FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA.  Specifically, Plaintiff has expressed to Defendant its belief as to what burden SEC must meet to demonstrate that its search was lawful and what information any declarations relating to the SEC's search for records in this case must contain, with reference to *Walston v. United States DOD*, 238 F. Supp. 3d 57 (D.D.C. 2017) and *N.Y. Times Co. v. OMB*, 531 F. Supp. 3d 118, 124 (D.D.C. 2021).

The parties request additional time to confer in the interest of narrowing or resolving the disputes in this litigation and propose that they provide a further status report to the Court in 30 days, on December 21, 2022, at which time they can notify the Court whether dispositive motions are necessary and propose a briefing schedule.

Dated:  November 21, 2022                                            Respectfully submitted,

/s/ *Matthew D. Hardin*  
Christopher C. Horner, DC Bar No. 440107  
1725 I Street NW, Suite 300  
Washington, DC 20006  

Matthew D. Hardin, DC Bar No. 1032711  
Hardin Law Office  
1725 I Street NW, Suite 300  
Washington, DC 20006  
Phone: 202-802-1948  
Email: MatthewDHardin@protonmail.com  

*Counsel for Plaintiff Energy Policy Advocates*

/s/ *Alexandra Verdi*  
Alexandra Verdi  
Office of the General Counsel  
U.S. Securities and Exchange Commission  
100 F Street, NE  
Washington, D.C. 20549  
Telephone: (202) 551-5057  
Fax: (202) 772-9263  
verdim@sec.gov  

*Counsel for Defendant*  
*U.S. Securities and Exchange Commission*