UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>                 Plaintiff,<br><br>      v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Defendant. | No. 1:22-cv-01497-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's order of November 21, 2022, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted joint status reports on August 22, 2022 (Dkt. 8), September 21, 2022 (Dkt. 9), October 19, 2022 (Dkt. 10), and November 21, 2022 (Dkt. 11).

As stated in the parties' previous joint status reports, the SEC's Office of FOIA Services ("FOIA Office") issued what it asserts are its final responses to FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA on July 13, 2022 and September 12, 2022, respectively. The SEC has also provided Plaintiff with explanations of the searches conducted in connection with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA. Plaintiff has some concerns about whether and to what extent the information provided by SEC has discharged SEC's burden in this case.

The parties have continued discussing the searches conducted in connection with FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA.  The parties request additional time to confer in the interest of narrowing or resolving the disputes in this litigation and propose that they provide a further status report to the Court in 30 days, on January 20, 2023, at which time they expect to notify the Court whether dispositive motions are necessary and to propose a briefing schedule.

| | |
|---|---|
| Dated:  December 21, 2022 | Respectfully submitted, |

/s/ *Matthew D. Hardin*
Christopher C. Horner, DC Bar No. 440107
1725 I Street NW, Suite 300
Washington, DC 20006

Matthew D. Hardin, DC Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff Energy Policy Advocates*

/s/ *Alexandra Verdi*
Alexandra Verdi
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5057
Fax: (202) 772-9263
verdim@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*