# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | No. 1:22-cv-01497-TNM |

## JOINT STATUS REPORT

Pursuant to this Court's order of December 21, 2022, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted joint status reports on August 22, 2022 (Dkt. 8), September 21, 2022 (Dkt. 9), October 19, 2022 (Dkt. 10), November 21, 2022 (Dkt. 11), and December 21, 2022 (Dkt. 12).

As stated in the parties' previous joint status reports, the SEC's Office of FOIA Services ("FOIA Office") issued what it asserts are its final responses to FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA on July 13, 2022 and September 12, 2022, respectively. The SEC has also provided Plaintiff with explanations of the searches conducted in connection with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA. Plaintiff has requested additional information regarding the searches by email to SEC's counsel, to which the SEC has responded, and in the form of a separate FOIA request to the SEC, which

the SEC is processing.  Nevertheless, at the present juncture Plaintiff's concerns have not yet been addressed.

The parties have continued discussing the searches conducted in connection with FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA.  The parties request additional time to confer in the interest of narrowing or resolving the disputes in this litigation and propose that they provide a further status report to the Court in 30 days, on February 20, 2023.  Neither party shall be prevented from raising any issue requiring judicial intervention by way of an appropriate motion in the interim.

Dated:  January 20, 2023                                              Respectfully submitted,

/s/ *Matthew D. Hardin*                                                 /s/ *Alexandra Verdi*
Christopher C. Horner, DC Bar No. 440107            Alexandra Verdi
1725 I Street NW, Suite 300                                      Office of the General Counsel
Washington, DC 20006                                              U.S. Securities and Exchange Commission
                                                                                      100 F Street, NE
Matthew D. Hardin, DC Bar No. 1032711              Washington, D.C. 20549
Hardin Law Office                                                        Telephone: (202) 551-5057
1725 I Street NW, Suite 300                                      Fax: (202) 772-9263
Washington, DC 20006                                              verdim@sec.gov
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com           *Counsel for Defendant*
                                                                                      *U.S. Securities and Exchange Commission*
*Counsel for Plaintiff Energy Policy*
*Advocates*

2