UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>                    Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>                    Defendant. | No. 1:22-cv-01497-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's order of January 23, 2023, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted joint status reports on August 22, 2022 (Dkt. 8), September 21, 2022 (Dkt. 9), October 19, 2022 (Dkt. 10), November 21, 2022 (Dkt. 11), December 21, 2022 (Dkt. 12), and January 20, 2023 (Dkt. 13).

As stated in the parties' previous joint status reports, the SEC's Office of FOIA Services ("FOIA Office") issued what it asserts are its final responses to FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA on July 13, 2022 and September 12, 2022, respectively. The SEC has also provided Plaintiff with explanations of the searches conducted in connection with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA. Plaintiff has requested additional information regarding the searches by email to SEC's counsel, to which the SEC has responded, and in the form of a separate FOIA request to the SEC, which the SEC is processing. At the present time, Plaintiff believes that the search for records may not

have been adequate, but Plaintiff is committed to continuing to discuss its concerns with SEC before seeking judicial intervention.

      The parties request additional time to confer in the interest of narrowing or resolving the disputes in this litigation and propose that they provide a further status report to the Court in 30 days, on March 22, 2023.

Dated: February 21, 2023                                         Respectfully submitted,

/s/ *Matthew D. Hardin*  
Christopher C. Horner, DC Bar No. 440107  
1725 I Street NW, Suite 300  
Washington, DC 20006  

Matthew D. Hardin, DC Bar No. 1032711  
Hardin Law Office  
1725 I Street NW, Suite 300  
Washington, DC 20006  
Phone: 202-802-1948  
Email: MatthewDHardin@protonmail.com  

*Counsel for Plaintiff Energy Policy Advocates*

/s/ *Alexandra Verdi*  
Alexandra Verdi  
Office of the General Counsel  
U.S. Securities and Exchange Commission  
100 F Street, NE  
Washington, D.C. 20549  
Telephone: (202) 551-5057  
Fax: (202) 772-9263  
verdim@sec.gov  

*Counsel for Defendant*  
*U.S. Securities and Exchange Commission*