UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>     Plaintiff,<br><br>  v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>     Defendant. | No. 1:22-cv-01497-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's order of February 21, 2023, the parties respectfully submit this joint status report concerning the status of Plaintiff's two FOIA requests at issue in this litigation (22-01750-FOIA and 22-01719-FOIA). The parties previously submitted joint status reports on August 22, 2022 (Dkt. 8), September 21, 2022 (Dkt. 9), October 19, 2022 (Dkt. 10), November 21, 2022 (Dkt. 11), December 21, 2022 (Dkt. 12), January 20, 2023 (Dkt. 13), and February 21, 2023 (Dkt. 14).

As stated in the parties' previous joint status reports, the SEC's Office of FOIA Services ("FOIA Office") issued what it asserts are its final responses to FOIA Request Nos. 22-01750-FOIA and 22-01719-FOIA on July 13, 2022 and September 12, 2022, respectively. The SEC has also provided Plaintiff with explanations of the searches conducted in connection with FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA as well as a preliminary *Vaughn* index describing the records withheld in full in connection with FOIA Request No. 22-01719-FOIA. Plaintiff has requested additional information regarding the searches by email to SEC's counsel, to which the SEC has responded, and in the form of a separate FOIA request to the SEC, which

the SEC is processing.  The SEC anticipates releasing records responsive to that separate FOIA request by April 6, 2023.

The SEC requests additional time to confer in the interest of narrowing or resolving the disputes in this litigation and proposes that they provide a further status report to the Court in 30 days, on April 21, 2023.  At this time, Plaintiff does not object to SEC's proposal for further conferences, but Plaintiff does note that this case is aging and that a judicial resolution may be necessary if the parties cannot resolve their differences following SEC's forthcoming production.

Dated:  March 22, 2023                                              Respectfully submitted,

/s/ *Matthew D. Hardin*                                             /s/ *Alexandra Verdi*
Christopher C. Horner, DC Bar No. 440107      Alexandra Verdi
1725 I Street NW, Suite 300                                    Office of the General Counsel
Washington, DC 20006                                            U.S. Securities and Exchange Commission
                                                                                     100 F Street, NE
Matthew D. Hardin, DC Bar No. 1032711         Washington, D.C. 20549
Hardin Law Office                                                      Telephone: (202) 551-5057
1725 I Street NW, Suite 300                                    Fax: (202) 772-9263
Washington, DC 20006                                            verdim@sec.gov
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com    *Counsel for Defendant*
                                                                                     *U.S. Securities and Exchange Commission*
*Counsel for Plaintiff Energy Policy
Advocates*