UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>             Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>             Defendant. | No. 1:22-cv-01497-TNM |

### NOTICE OF SEC'S MOTION FOR SUMMARY JUDGMENT

Defendant U.S. Securities and Exchange Commission ("SEC") hereby moves for summary judgment under Federal Rule of Civil Procedure 56 in this Freedom of Information Act action. The SEC requests that this Court grant summary judgment in its favor because no genuine issue of material fact exists, and the SEC is entitled to judgment as a matter of law. In support of this motion, the SEC respectfully refers the Court to the accompanying statement of material facts, memorandum of points and authorities, and declarations of Carrie Hyde-Michaels and Mark Tallarico with an accompanying exhibit.

Dated: June 2, 2023                                   Respectfully submitted,

/s/ *Alexandra Verdi*
Alexandra Verdi (NY Reg. No. 5480934)
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Telephone: (202) 551-5057
Fax: (202) 772-9263
verdim@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*