UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | No. 1:22-cv-01497-TNM |

**DECLARATION OF CARRIE HYDE-MICHAELS**

I, Carrie Hyde-Michaels, declare as follows:

1. I am a Freedom of Information Act ("FOIA") Branch Chief in the Office of FOIA Services ("FOIA Office") for the U.S. Securities and Exchange Commission ("SEC"). I have served in this capacity since October 2019. As a FOIA Branch Chief, I am responsible for, among other things, coordinating and processing FOIA requests, organizing searches for documents responsive to FOIA requests, making determinations as to whether requested information is exempt from disclosure under FOIA, and communicating with FOIA requesters. I am familiar with the FOIA.

2. In making this declaration, I have relied on my personal knowledge, or where my personal knowledge was lacking or incomplete, I have relied on my review of records routinely maintained in the ordinary course of business or representations made to me by other SEC staff.

3. On April 20, 2022, Plaintiff submitted a FOIA request to the SEC seeking "*all* text messages and other written electronic, non-email communications including, e.g., SMS, iMessage, direct message via any medium (Facebook, Twitter, Teams, Skype) or other instant

message, and any message sent or received via Signal, WhatsApp, or Telegram, whether person-to-person or as a 'chat' or other group messages, which message(s) meet(s) the following parameters": (1) "messages as defined herein that were a) sent to or from (including person-to-person or as part of any *group* text, Telegram, Signal, WhatsUpp [sic], Facebook, Twitter, etc. chat or DM) any of the following SEC officials i) Gary Gensler, ii) Allison Herren Lee, iii) Frank Buda, iv) Prashant Yerramalli, and/or v) Angelica Annino, <u>and also were sent to or from</u> i) Janet Yellin [sic], and/or any of the following White House officials ii) David Hayes, iii) Ali Zaidi, iiv) [sic] Gina McCarthy and/or v) Philip Giudice (again, whether person to person or as part of any *group* text, Telegram, Signal, WhatsUpp [sic], Facebook, Twitter, etc. chat or DM), which c) were sent/received at any time from September 1, 2021 through April 20, 2022, inclusive" and (2) "messages as defined herein that were a) sent to or from i) Gary Gensler, ii) Allison Herren Lee, iii) Frank Buda, iv) Prashant Yerramalli, and/or v) Angelica Annino, <u>and also</u> b) includes anywhere, i) GHG (in any form, e.g., including also in GHGs), ii) 'climate risk' (quotations only indicating the search parameter), and/or iii) CRD, which were sent/received at any time from September 1, 2021 through April 20, 2022, inclusive."

4. The SEC assigned Plaintiff's April 20, 2022 FOIA request tracking number 22-01719-FOIA.

5. On April 25, 2022, Plaintiff submitted another FOIA request to the SEC seeking "all electronic mail a) sent to, from or which copies (whether as cc: or bcc:) i) Gary Gensler, ii) Allison Herren Lee, iii) Frank Buda, iv) Prashant Yerramalli, and/or v) Angelica Annino, b) which is also sent to, from of [sic] which copies (again, whether as cc: or bcc:) *or* includes, anywhere in an email 'thread', whether as a co-correspondent's address or otherwise in the body of, e.g., a forwarded email, i) @nrdc.org, ii) @sustainableFERC.org, and/or iii) @EF.org, which

are dated at any time from September 1, 2021 through April 22, 2022, inclusive."

6. The SEC assigned Plaintiff's April 25, 2022 FOIA request tracking number 22-01750-FOIA.

### FOIA REQUEST NO. 22-01719-FOIA

7. For the time period covered by Plaintiff's FOIA request, Jabber was the instant messaging system used at the SEC. To capture Jabber messages responsive to FOIA Request No. 22-01719-FOIA, the SEC's Office of Information Technology ("OIT") ran a search for all Jabber messages sent to or from Gary Gensler, Allison Herren Lee, Frank Buda, Prashant Yerramalli, and Angelica Annino. Within each of those sets of messages, SEC staff then ran a search for the requested search terms "GHG," "climate risk," and "CRD." SEC staff identified one responsive Jabber message as a result of this search.

8. On September 12, 2022, the SEC responded to Plaintiff's FOIA Request No. 22-01719-FOIA and informed Plaintiff that the SEC identified five pages of records responsive to the FOIA request and was withholding all five pages of records in full under FOIA Exemptions 5 and 6, 5 U.S.C. § 552(b)(5) and (6).

### FOIA REQUEST NO. 22-01750-FOIA

9. SEC staff searched for responsive emails by having OIT conduct an electronic search of the SEC email correspondence of Gary Gensler, Allison Herren Lee, Frank Buda, Prashant Yerramalli, and Angelica Annino between September 1, 2021 and April 22, 2022 (the time period requested) using the search terms "nrdc.org," "sustainableFERC.org," and "EF.org." The email search consisted of a search of all emails sent to or received by Gary Gensler, Allison Herren Lee, Frank Buda, Prashant Yerramalli, and Angelica Annino (using the SEC email

addresses that they generally use) where the search terms were contained in any field of the email (to, from, cc, bcc, subject line, or body of the email).

10. OIT's search for records responsive to FOIA Request No. 22-01750-FOIA returned five emails with attachments. The FOIA Office reviewed these emails to identify the records responsive to the FOIA request and determined that four of them, a total of 79 pages of records, were responsive. The FOIA Office deemed one email that had a search term only in the attachment, not in the body of the email, as non-responsive and excluded it from release.

11. On July 13, 2022, the SEC responded to Plaintiff's FOIA Request No. 22-01750-FOIA and released to Plaintiff 79 pages of records. The records were redacted in part under FOIA Exemption 6, 5 U.S.C. § 552(b)(6).

12. The SEC completed its final releases of records responsive to FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA on September 12, 2022 and July 13, 2022, respectively.

13. The SEC did not search for responsive emails in SEC staff's personal email accounts, as OIT is not able to conduct electronic searches of non-SEC email correspondence. Consequently, SEC staff asked Gary Gensler, Allison Herren Lee, Frank Buda, Prashant Yerramalli, and Angelica Annino whether they use their personal email addresses to conduct SEC business. They stated that they do not use their personal email addresses to conduct SEC business.

14. Text messages sent or received by staff on their SEC-issued cell phones are not stored or maintained on a central SEC messaging system. Therefore, OIT is not able to conduct electronic searches of text messages sent to or from SEC-issued cell phones.

15. Jabber messages can be sent and received only between SEC staff and not with external individuals. As a result, SEC staff did not search for Jabber communications with the

external recipients named in FOIA Request No. 22-01719-FOIA (Janet Yellen, David Hayes, Ali Zaidi, Gina McCarthy, and Philip Giudice).

16. OIT is not able to conduct electronic searches of electronic messages sent to or received from other platforms including Facebook, Twitter, Skype, Signal, WhatsApp, or Telegram.

17. Gary Gensler, Frank Buda, Prashant Yerramalli, and Angelica Annino told SEC staff that they did not use non-email, messaging platforms other than text message to send or receive messages concerning SEC business during the relevant time period.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information and belief.

Executed on the 2nd day of June, 2023 at Washington, D.C.

*Carrie Hyde-Michaels*

CARRIE HYDE-MICHAELS