# Exhibit 1

*Vaughn* Index for the Securities and Exchange Commission's

Withholding of Information from Five Pages of Records Responsive to FOIA Request No. 22-01719-FOIA Released on September 12, 2022

in *Energy Policy Advocates v. SEC*, 22-cv-1497 (TNM)

| Document Date(s) | Authors and Recipients | Description of Withheld Information/Documents | FOIA Exemption | Basis for Withholding |
|---|---|---|---|---|
| January 12, 2022 | Allison Herren Lee; Caroline Crenshaw | In a text message sent by Allison Herren Lee, discussion concerning SEC proposed rulemaking was withheld. | Exemption 5, deliberative process privilege | The withheld information is contained within an intra-agency text message, and it reflects discussion between SEC staff concerning SEC proposed climate-related rulemaking, specifically about whether the SEC's March 2022 proposed rule about climate-related disclosures would address particular subject matter. The text message is deliberative because it reflects the agency's consultative discussions on aspects of the proposed rulemaking. The text message is pre-decisional because it concerns intra-agency discussion about a proposed rule prior to its release. |
| February 16, 2022 | Prashant Yerramalli; Megan Barbero | In a Jabber message sent by Megan Barbero, analysis concerning SEC proposed rulemaking was withheld. | Exemption 5, deliberative process privilege | The withheld information is contained within an intra-agency Jabber message, and it reflects discussion among SEC staff concerning SEC proposed climate-related rulemaking, specifically an assessment about whether to include particular provisions in the SEC's March 2022 proposed rule about climate-related disclosures. The Jabber message is deliberative because it reflects the agency's consultative analysis on aspects of the proposed rulemaking. The Jabber message is pre-decisional because it concerns intra-agency discussion about a proposed rule prior to its release. |
| March 12, 2022 | Gary Gensler; Mika Morse | In a text message sent by Gary Gensler, discussion concerning drafting language in a proposed rule was withheld. | Exemption 5, deliberative process privilege | The withheld information is contained within an intra-agency text message, and it reflects discussion between SEC staff concerning SEC proposed climate-related rulemaking, specifically about the edits to language in the SEC's March 2022 proposed rule about climate-related disclosures. The text message is deliberative because it reflects the agency's consultative discussions on drafting language in a proposed rule. The text message is pre-decisional because it concerns intra-agency discussion about a proposed rule prior to its release. |

| Document Date(s) | Authors and Recipients | Description of Withheld Information/Documents | FOIA Exemption | Basis for Withholding |
|---|---|---|---|---|
| March 15, 2022 | Allison Herren Lee; Parisa Haghshenas | In a text message sent by Parisa Haghshenas, discussion concerning SEC proposed rulemaking was withheld. | Exemption 5, deliberative process privilege | The withheld information is contained within an intra-agency text message, and it reflects discussion between SEC staff concerning SEC proposed climate-related rulemaking about "ESG," specifically the SEC's May 2022 proposed rule concerning the enhancement of disclosures by investment advisers and investment companies about ESG investment practices. The text message is deliberative because it reflects the agency's consultative discussions on aspects of the proposed rulemaking. The text message is pre-decisional because it concerns intra-agency discussion about a proposed rule prior to its release. |
| March 16, 2022 | Frank Buda; Parisa Haghshenas | Discussion in two text messages concerning SEC proposed rulemaking was withheld. | Exemption 5, deliberative process privilege | The withheld information is contained within two intra-agency text messages, and it reflects discussion between SEC staff concerning SEC proposed climate-related rulemaking, specifically potential edits to the SEC's May 2022 proposed rule concerning the enhancement of disclosures by investment advisers and investment companies about ESG investment practices. The text messages are deliberative because they reflect the agency's consultative discussions on aspects of the proposed rulemaking. The text messages are pre-decisional because they concern intra-agency discussion about a proposed rule prior to its release. |