UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>        Plaintiff,<br><br>        v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>        Defendant. | No. 1:22-cv-01497-TNM |

**[PROPOSED] ORDER GRANTING SEC'S MOTION FOR SUMMARY JUDGMENT**

Having considered the defendant U.S. Securities and Exchange Commission's ("SEC") motion for summary judgment,

IT IS HEREBY ORDERED that the SEC's motion for summary judgment is granted.

IT IS SO ORDERED.

Date: _____

                                                            Hon. Trevor N. McFadden
                                                           UNITED STATES DISTRICT JUDGE

Pursuant to Local Civil Rule 7(k), the names and addresses of all attorneys entitled to be notified of the entry of this proposed order granting the SEC's motion for summary judgment are as follows:

> Christopher C. Horner
> 1725 I Street NW, Suite 300
> Washington, DC 20006
>
> Matthew D. Hardin
> Hardin Law Office
> 1725 I Street NW, Suite 300
> Washington, DC 20006
>
> *Counsel for Plaintiff Energy Policy Advocates*
>
>
> Alexandra Verdi
> Office of the General Counsel
> U.S. Securities and Exchange Commission
> 100 F Street, NE
> Washington, D.C. 20549
>
> *Counsel for Defendant U.S. Securities and Exchange Commission*