UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:22-cv-1497 |
| SECURITIES AND EXCHANGE COMMISSION, | |
| *Defendant.* | |

**DECLARATION OF COUNSEL**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Matthew Hardin, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am an attorney representing the Plaintiff, the Energy Policy Advocates ("EPA").

3. On behalf of other FOIA clients it is my experience that other federal agencies, for example the United States Environmental Protection Agency, release Microsoft Teams "Chats", which are indistinct in appearance from Emails other than their lack of a Subject field. I have no reason to believe that "Jabber" messages are substantively or stylistically different from teams "chats" or would not contain similar, segregable factual information, to include dates/times of sending, subject, and the identity of the sender and recipient.

4. Attached hereto is a true and correct copy of a May 16, 2023, letter from Defendant to Plaintiff affirming that official records reside on senior officials' (at minimum, Chairman Gary Gensler's) non-.gov email accounts and which it titled "23-00144-FOIA Final Response" and released to Plaintiff in *Energy Policy Advocates v.*

*Securities and Exchange Commission*, 1:23-cv-03855 (ABJ). See Exhibit 1.

5. I declare the foregoing to be true and correct to the best of my knowledge and belief under pains and penalties of perjury.

<table>
<tr><td>Dated: June 30, 2023</td><td>/s/Matthew D. Hardin<br>Matthew D. Hardin</td></tr>
</table>