

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

**EXHIBIT 1**

Office of FOIA Services

May 16, 2023

Mr. Rob Schilling
Energy Policy Advocates
P.O. Box 5471
Charlottesville, VA 22905

    Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
          Request No. **23-00144-FOIA**

Dear Mr. Schilling:

    This is our final response to your request, dated October 12, 2022, and received in this office on October 18, 2022, for "all emails forwarded to SEC at any point from November 8, 2020 through October 12, 2022, inclusive, by SEC Chairman Gary Gensler from a non-.gov email account." Specifically, you seek emails about SEC business that Chair Gensler receives via his personal email account that he forwards to his SEC email account. Reference is also made to our letter dated October 21, 2022, in which we addressed your requests for expedited processing and a fee waver.

    The search for responsive records has resulted in the retrieval of 227 pages of records that may be responsive to your request. The enclosed 191 pages of records are being released to you with the exception of certain information that has been withheld under 5 U.S.C. § 552(b)(5) and/or (b)(6), for the following reasons.

- Exemption 5 protects information and records which were prepared in anticipation of litigation, form an integral part of the pre-decisional process, and/or contain advice given to the SEC or senior staff by the SEC's attorneys. The withheld information is protected from release by the attorney work-product, deliberative process and/or attorney-client privileges embodied in Exemption 5.

- Under Exemption 6, third-party and staff names, email addresses and telephone numbers have been withheld. The release of this information would constitute a clearly unwarranted invasion of personal privacy.

Mr. Rob Schilling                                           23-00144-FOIA
May 16, 2023
Page 2


    Additionally, we are withholding thirty (30) pages of records in their entirety under 5 U.S.C. § 552(b) 5 or (6) for the reasons explained above.

    Finally, we are withholding six (6) pages of records in their entirety under 5 U.S.C. § 552(b)(4), since they contain confidential commercial or financial information that is protected from release under Exemption 4.

    Please be advised that we have considered the foreseeable harm standard in preparing this response.

    I am the deciding official with regard to this adverse determination.  You have the right to appeal my decision to the SEC's General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.80(f)(1).  The appeal must be received within ninety (90) calendar days of the date of this adverse decision.  Your appeal must be in writing, clearly marked "Freedom of Information Act Appeal," and should identify the requested records.  The appeal may include facts and authorities you consider appropriate.

    You may file your appeal by completing the online Appeal form located at https://www.sec.gov/forms/request_appeal, or mail your appeal to the Office of FOIA Services of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 2465, Washington, D.C. 20549, or deliver it to Room 1120 at that address.

    If you have any questions, please contact Tina Churchman of my staff at churchmant@sec.gov or (202) 551-8330.  You may also contact me at foiapa@sec.gov or (202) 551-7900.  You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-7900.  For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.

                                        Sincerely,

                                        Lizzette Katilius
                                      FOIA Branch Chief

Enclosures

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov.  Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.