**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ENERGY POLICY ADVOCATES,

        Plaintiff,

    v.

SECURITIES AND EXCHANGE
COMMISSION,

        Defendant.

No. 1:22-cv-01497-TNM

---

### SUPPLEMENTAL DECLARATION OF CARRIE HYDE-MICHAELS

I, Carrie Hyde-Michaels, declare as follows:

1.      I am a Freedom of Information Act ("FOIA") Branch Chief in the Office of FOIA Services ("FOIA Office") for the U.S. Securities and Exchange Commission ("SEC"). I have served in this capacity since October 2019.  As a FOIA Branch Chief, I am responsible for, among other things, coordinating and processing FOIA requests, organizing searches for documents responsive to FOIA requests, making determinations as to whether requested information is exempt from disclosure under FOIA, and communicating with FOIA requesters.  I am familiar with the FOIA.

2.      In making this declaration, I have relied on my personal knowledge, or where my personal knowledge was lacking or incomplete, I have relied on my review of records routinely maintained in the ordinary course of business or representations made to me by other SEC staff.

3.      As the FOIA Branch Chief who supervised the FOIA Office research specialist to whom Plaintiff's FOIA Request Nos. 22-01719-FOIA and 22-01750-FOIA were assigned, I oversaw the processing of Plaintiff's two FOIA requests, and SEC staff kept me apprised of the

searches conducted for responsive records.

4.      As previously described, Plaintiff's FOIA Request No. 22-01719 seeks "*all* text messages and other written electronic, non-email communications including, e.g., SMS, iMessage, direct message via any medium (Facebook, Twitter, Teams, Skype) or other instant message, and any message sent or received via Signal, WhatsApp, or Telegram, whether person-to-person or as a 'chat' or other group messages, which message(s) meet(s) the following parameters": (1) "messages as defined herein that were a) sent to or from (including person-to-person or as part of any *group* text, Telegram, Signal, WhatsUpp [sic], Facebook, Twitter, etc. chat or DM) any of the following SEC officials i) Gary Gensler, ii) Allison Herren Lee, iii) Frank Buda, iv) Prashant Yerramalli, and/or v) Angelica Annino, and also were sent to or from i) Janet Yellin [sic], and/or any of the following White House officials ii) David Hayes, iii) Ali Zaidi, iiv) [sic] Gina McCarthy and/or v) Philip Giudice (again, whether person to person or as part of any *group* text, Telegram, Signal, WhatsUpp [sic], Facebook, Twitter, etc. chat or DM), which c) were sent/received at any time from September 1, 2021 through April 20, 2022, inclusive" and (2) "messages as defined herein that were a) sent to or from i) Gary Gensler, ii) Allison Herren Lee, iii) Frank Buda, iv) Prashant Yerramalli, and/or v) Angelica Annino, and also b) includes anywhere, i) GHG (in any form, e.g., including also in GHGs), ii) 'climate risk' (quotations only indicating the search parameter), and/or iii) CRD, which were sent/received at any time from September 1, 2021 through April 20, 2022, inclusive."

5.      As previously described, for the time period covered by Plaintiff's FOIA request, Jabber was the instant messaging system used at the SEC.  To capture Jabber messages responsive to FOIA Request No. 22-01719-FOIA, the SEC's Office of Information Technology ("OIT") ran a search for all Jabber messages sent to or from Gary Gensler, Allison Herren Lee,

Frank Buda, Prashant Yerramalli, and Angelica Annino.  Within each of those sets of messages, which OIT provided in Excel spreadsheets, SEC staff ran a search for the requested search terms "GHG," "climate risk," and "CRD."  In the search function of the spreadsheets of Jabber messages, a search for a word in singular form would also return the word in plural form.  In addition, the search was not case sensitive.  As previously described, SEC staff identified one responsive Jabber message as a result of this search.

6.      Similarly, in the iPhone text message search box, a search for a word in singular form would also return the word in plural form, and the search would not be case sensitive.

7.      I have reviewed the messages withheld in full in response to FOIA Request No. 22-01719-FOIA, and they are short messages.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information and belief.

Executed on the 14th day of July, 2023 at Washington, D.C.

_____
CARRIE HYDE-MICHAELS