UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENERGY POLICY ADVOCATES**, <br><br> Plaintiff, <br><br> v. <br><br> **SECURITIES AND EXCHANGE COMMISSION** <br> Defendant. | Case No. 1:22-cv-01497 (TNM) |

## ORDER

After considering Defendant's Motion for Summary Judgment, Plaintiff's Opposition, the Reply, the law, and the record, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's [17] Motion for Summary Judgment is GRANTED.

**SO ORDERED.**

This is a final, appealable Order. The Clerk of Court is requested to close this case.

Dated: October 23, 2023

TREVOR N. McFADDEN, U.S.D.J.